1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   JOSE A. ALCANTARA,                        Case No.  1:13-cv-01841-LJO-GSA-PC

11              Plaintiff,                      ORDER DISMISSING ACTION AND
                                                DIRECTING CLERK'S OFFICE TO SEND
12        v.                                    COURTESY COPY TO YOUNG YIL JO

13   SIX UNKNOWN NAMES AGENTS, et al.,          (Doc. 1)

14              Defendants.
     _____/
15

16        On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf

17   of Jose A. Alcantara.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf

18   of anyone but himself.  Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E.

19   Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

20        This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the

21   order on Mr. Alcantara, the Clerk's Office shall serve a copy of this order on Young Yil Jo,

22   #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

23

24

     IT IS SO ORDERED.
25

26     Dated:   __November 15, 2013__          ____/s/ Lawrence J. O'Neill__
                                               UNITED STATES DISTRICT JUDGE
27

28   _____
     [1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr.
     Alcantara.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28